UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| A.N.S.W.E.R., et al., ) | FILED |
| ) | JAN 1 8 2005 |
| Plaintiffs, ) | NANCY MAYER WHITTINGTON, CLERK |
| ) | U.S. DISTRICT COURT |
| v. ) | Civil Action No. 05-0071 (PLF) |
| ) |  |
| GALE A. NORTON, et al., ) |  |
| ) |  |
| Defendants. ) |  |

## ORDER

This matter came before the Court for a hearing on plaintiffs' emergency motion for preliminary injunction and request for expedited hearing. Upon consideration of the motion and defendants' opposition thereto, and after hearing argument from counsel at an expedited hearing, and for the reasons stated in open court, the Court hereby DENIES plaintiffs' motion for preliminary injunction.

SO ORDERED.

PAUL L. FRIEDMAN
United States District Judge

DATE: 1/18/05