UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
A.N.S.W.E.R. COALITION,             )
                                    )
    Plaintiff,                      )
                                    )
    v.                              )    Civil Action No. 05-0071 (PLF)
                                    )
                                    )
DIRK KEMPTHORNE,                    )
  SECRETARY OF THE INTERIOR, et al.,)
                                    )
    Defendants.                     )
_____)


ORDER

        Upon careful consideration of plaintiff's Renewed Cross Motion Under Rule 56(f) of the Federal Rules of Civil Procedure Pertaining Solely to Claims Related to Prohibition of Lightweight Sign Supports, and the opposition and reply, it is

        ORDERED that the Rule 56(f) motion [50] is GRANTED; and it is

        FURTHER ORDERED that the defendants' Motion for Summary Judgment shall be DENIED in part without prejudice, specifically with respect to the claims related to the prohibition of lightweight sign supports at the 2005 Presidential Inaugural Parade; the other issues remain open, and are fully briefed and ripe for decision.  It is

        FURTHER ORDERED that plaintiff is authorized to propound requests for production of documents and things, no more than twenty-five (25) interrogatories, the deposition of the U.S. Secret Service pursuant to Rule 30(b)(6), the deposition of persons whose affidavits have been or are submitted by the defendants, and, absent further leave of Court, no

more than five additional individuals or entities "involved in the decision making process for the establishment of the ban [on sign supports] or who have been otherwise involved in the operation of the checkpoints implementing the ban," see Motion at 2, or who have relevant information concerning the sign support ban as determined through responses to interrogatories or document production.  See id.

        SO ORDERED.

        _____/s/_____
        PAUL L. FRIEDMAN
        United States District Judge

DATE: November 13, 2007