UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

A.N.S.W.E.R. COALITION,         )
        Plaintiff,         )
        v.         )  Civil Action No. 05-0071 (PLF)
DIRK KEMPTHORNE,         )
    Secretary of the Interior, et al.,         )
        Defendants.[1]         )

---

ORDER

For the reasons set forth in the Opinion issued this same day, it is hereby

ORDERED that defendants' motion for summary judgment [20] on Counts I and III of the amended complaint is DENIED; it is

FURTHER ORDERED that plaintiff's motion for summary judgment [33] on Count I of the amended complaint is GRANTED; it is

FURTHER ORDERED that JUDGMENT is entered for plaintiff on Count I of the amended complaint; it is

FURTHER ORDERED that the Court DECLARES that the National Park Service policy and practice of exempting itself and/or the Presidential Inaugural Committee from compliance with the generally applicable permitting regulations, 36 C.F.R. § 7.96(g), is unconstitutional; it is

---

[1]    National Park Service Director Mary Bomar has been substituted for former Director Fran P. Mainella by operation of Rule 25(d) of the Federal Rules of Civil Procedure.

FURTHER ORDERED that the National Park Service is enjoined from exempting itself and/or the Presidential Inaugural Committee from compliance with the generally applicable permitting regulations, 36 C.F.R. § 7.96(g), with respect to events relating to the Inauguration; and it is

FURTHER ORDERED that counsel for the parties shall appear for a status conference to discuss how to proceed with the remaining claims in this case on April 7, 2008 at 1:45 p.m.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: March 20, 2008