UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

A.N.S.W.E.R. COALITION,            )
                                   )
        Plaintiff,                 )
                                   )
    v.                             )   Civil No.  05-0071 PLF
                                   )
                                   )
DIRK KEMPTHORNE, Secretary,        )
  United States Department         )
  of the Interior, and             )
                                   )
MARY A. BOMAR, Director,           )
  National Park Service,           )
                                   )
MARK SULLIVAN, Director,           )
  United States Secret Service,    )
                                   )
        Defendants.                )
                                   )

## SETTLEMENT AGREEMENT BETWEEN PLAINTIFF AND DEFENDANTS DIRK KEMPTHORNE AND MARY BOMAR

In this case challenging certain actions by defendants with respect to the 2005 Inauguration, Plaintiff A.N.S.W.E.R. Coalition (hereinafter "Plaintiff") has indicated an intent to amend its claims to challenge the National Park Service's [NPS] October 6, 2008 decision on Plaintiff's request for a permit to engage in demonstration activities along Pennsylvania Avenue, N.W., in Washington, D.C., and on Plaintiff's request for the non-exclusive use of the remainder of Pennsylvania Avenue, N.W., with respect to the upcoming Inauguration in January, 2009. The case was referred to mediation by this Court, and with the help of the mediator, Plaintiff and Defendants Dirk Kempthorne, Secretary, United States Department of the Interior, and Mary A.

Bomar, Director, National Park Service (hereinafter "Defendants"), have reached the following settlement:

1. Plaintiff and Defendants agree to settle and compromise any claim by Plaintiff against Defendants for access to space for demonstration activities by Plaintiff, that would require a permit from the National Park Service, along Pennsylvania Avenue, N.W., Washington, D.C., from 3rd Street, N.W. to 15th Street, N.W., for a reasonable period to set up bleachers, a stage, and sound towers, engage in demonstration activities on Inauguration Day, and take down bleachers, a stage and sound towers, between the period of January 12-31, 2009, and for any claim seeking to require the "non-exclusive use" by others to Pennsylvania Avenue, N.W., Washington, D.C., from 3rd Street, N.W. to 15th Street, N.W. on January 20, 2009, when the areas described herein are open to members of the public and demonstrators.

2. In consideration of Plaintiff's agreement to waive raising the claims set forth in Paragraph 1, above, Defendants agree to allow Plaintiff to have access to 84 feet wide section of Freedom Plaza, as set forth in the attached map as Exhibit A, within which to have bleachers, a stage and sound towers, during the time periods set forth in Paragraph 1, above, when this area is open to members of the public and demonstrators.

3. Defendants further agree that access to Plaintiff's 84 feet wide section of Freedom Plaza on January 20, 2009, will not

be within the 84 feet wide section allotted to Plaintiff on that day, that the space behind Plaintiffs' area will remain free from structures and open to the public, and that fencing, if any, in front of Plaintiff's allotted space along Pennsylvania Avenue at Freedom Plaza on January 20, 2009, will be no different than fencing, if any, for any other area of Freedom Plaza on that date.

4. Defendants further agree that any fencing between Plaintiff and the Presidential Inaugural Committee, given space under permit by NPS to the certain areas west of Plaintiff's space on Freedom Plaza, will not be placed directly next to Plaintiff's bleachers.

5. Defendants further agree that the construction in the media section to the east of Plaintiff's space on Freedom Plaza will be no taller or closer to Pennsylvania Avenue than it was in January 2005.

6. By this Stipulation, Plaintiff waives, releases, discharges, and abandons any and all claims, whether asserted or un-asserted, against Defendants in connection with any claim to access to property under Defendants' control, during the time period of January 12-31, 2009, and agrees to forgo suit for any claim concerning such access.

7. The undersigned counsel represent that they are authorized to make this agreement on behalf of their clients.

8. This Stipulation shall be binding upon and inure to the benefit of Plaintiff and Defendants hereto and their respective successors and assigns.

9. Plaintiff and Defendants agree that a facsimile of the signatures of the parties and counsel will be the same as the original.

10. This Stipulation shall become effective upon signature by counsel for Plaintiff and Defendants and at that time shall be the final expression of Plaintiff's and Defendants' voluntary, full, final, and complete settlement agreement of the issues set forth in Paragraph 1 above.

11. Defendant agrees that if Plaintiff believes that there has been a breach of this Agreement, Defendant will not oppose a motion to amend the complaint in this case to bring such a claim.

12. Plaintiff and Defendants understand that this Stipulation contains the entire agreement between Plaintiff and Defendants; that no promise or inducement has been made except as set forth herein; and that no representations, oral or otherwise, between Plaintiff and Defendants, or their respective counsel, not included herein shall be of any force and effect.

13. This Settlement Agreement may not be altered, modified, withdrawn, waived, rescinded or supplemented except by written instrument executed by duly authorized representatives of both

parties.

Executed this 4th day of November, 2008.

Respectfully submitted,

*[signature]*  
MARA VERHEYDEN-HILLIARD  
D.C. BAR # 450031  
CARL MESSINEO  
D.C. BAR # 450033  
PARTNERSHIP FOR CIVIL JUSTICE  
617 Florida Ave., N.W.  
Washington, D.C. 20001  
(202) 232-1180  

*[signature]*  
JEFFREY A. TAYLOR  
D.C. BAR # 498610  
United States Attorney  

*[signature]*  
RUDOLPH CONTRERAS  
D.C. BAR # 434122  
Assistant U.S. Attorney  

*[signature]*  
MARINA UTGOFF-BRASWELL  
D.C. BAR #416587  
Assistant U.S. Attorney  
U.S. Attorney's Office  
555 4th Street, N.W.  
Washington, D.C. 20530  
(202) 514-7226  

Counsel for Plaintiff        Counsel for Defendant

- 5 -