UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| A.N.S.W.E.R. COALITION ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KEN SALAZAR, Secretary, ) <br> United States Department ) <br> of the Interior, *et al.* ) <br> ) <br> Defendants. ) <br> _____ ) | Civ. Action No. 05-00071 (PLF) |

## SUPPLEMENTAL PLEADING

1. On December 7, 2011, the A.N.S.W.E.R. Coalition filed the first-in-time application (Attachment 1) for the use of Freedom Plaza to engage in expressive, free speech activities in connection with the January 20, 2013 Presidential Inauguration and related parade.

2. Freedom Plaza is the only space abutting the Pennsylvania Avenue Presidential Inaugural Parade route that is level, elevated, unobstructed and is physically designed and has as its primary purpose the use for public assembly and expressive activity.

3. The physical characteristics of this Plaza are unique among the spaces abutting the parade route.

4. The National Park Service (NPS) acknowledges that the ANSWER Coalition filed first in time for use of Freedom Plaza, prior even to the NPS's own filing of a permit application "on behalf of the Presidential Inaugural Committee" for that same space.

    > To begin with, insofar as you had waited outside the National Park Service (NPS), National Mall and Memorial Parks Division of Permits Management office since 5:30 am on December 7, 2011 so that you would

1

  be the first to file, **this confirms that your application was the first received that date, that it was given Application Number 12-383**.
January 4, 2012 letter from Robbin Owen, NPS Division of Permits Management, to Brian Becker, National Coordinator, ANSWER Coalition (Attachment 2) (emphasis added).

5. The National Park Service acknowledges that a permit submitted by the National Park Service "on behalf of the Presidential Inaugural Committee (PIC) and pursuant to the Presidential Inaugural Ceremonies Act" was submitted <u>after</u> the ANSWER permit application, and "was given Application Number 12-384." <u>Id.</u> at 1.

6. The NPS acknowledges that the ANSWER Coalition's first-in-time permit is "deemed granted." However, the NPS represents it will await word from the currently non-existent PIC "and assuming the PIC wants these areas, it would be the NPS's intention to revoke ANSWER Coalition's 'deemed granted' application for the use of all Freedom Plaza" subject to certain exceptions pertaining to non-Inaugural Day usage. <u>Id.</u> at 2.

7. The NPS suggests the ANSWER Coalition assemble elsewhere without benefit of the physical characteristics of Freedom Plaza that make it uniquely suited for expressive and associative activity or, "[i]n the alternative, you may want to wait until after the November 7, 2012 election, when the PIC has been selected by the President-elect. . . . If PIC decides not to use the areas regulatory set aside for their bleacher in Freedom Plaza, then the bleacher area will be available to the ANSWER Coalition's activities." <u>Id.</u> at 2.

8. The NPS cites as its authority for such intended revocation, its permitting provisions at 36 C.F.R. § 7.96(g), which were amended in 2008 in reaction to this Court's judgment in favor of the ANSWER Coalition, which granted declaratory and

permanent injunctive relief, and ordered "that the National Park Service is enjoined from exempting itself and/or the Presidential Inaugural Committee from compliance with the generally applicable regulations, 36 C.F.R. §7.96(g), with respect to events relating to the Inauguration. . ." A.N.S.W.E.R. Coal. v. Kempthorne (ANSWER Coal.), 537 F. Supp. 2d 183, 206 (D.D.C. 2008) (Docket Entry No. 59).

9. The effect of the amended regulations is to exempt the Presidential Inaugural Committee (PIC) from the generally applicable permitting process with respect to demonstration and expressive use space along the Presidential Inaugural Parade route.

10. Under this exemption from the generally applicable process, the PIC is granted "priority" use of Freedom Plaza and other designated sidewalk areas without subjecting itself to the first-come first-served permit application process that is applicable generally and, indeed, applicable to every permit applicant except for the private PIC. See 36 C.F.R. § 7.96(g)(4)(iii)(B)(1) (setting forth the exemption for the PIC from the generally applicable permitting process and regulations).

11. The Presidential Inaugural Committee does not at this time exist. A new and distinct privately held Presidential Inaugural Committee, led by presidential political supporters and financial funders, is typically created in the weeks after a national general election for the office of the U.S. Presidency in order to support and propagate the political message and programs of the incoming President. The PIC issues tickets to access its demonstration and spectator space along the parade route to those persons who are pre-screened. In connection with recent and past PICs, Ticketmaster has issued PIC bleacher seat tickets only to those who could present a

unique code issued by the PIC that evidenced that the PIC had pre-screened and approved that individual's purchase and use of bleacher seats.

12. The new regulations exempt the PIC from the generally applicable first-come first-served permit processing system through the following provisions

   (4) *Permit processing.*

   (i) NPS processes permit applications for demonstrations and special events in order of receipt. NPS will not accept applications more than one year in advance of a proposed continuous event (including set-up time, if any). Use of a particular area is allocated in order of receipt of fully executed applications, **subject to the limitations in this section…**

   (iii) **In connection with Presidential Inaugural Ceremonies the following areas are reserved for priority use** as set forth in this paragraph.

   (A) [pertains to the White House sidewalk and Lafayette Park]

   (B) **Portions of Pennsylvania Avenue, National Historic Park and Sherman Park, [to include Freedom Plaza]** as designated in the maps included in paragraph (g)(4)(iii)(E) of this section, **for the exclusive use of the Presidential Inaugural Committee on Inaugural Day for:**
   **(1) Ticketed bleachers viewing and access areas**, except that members of the public may use a ticketed bleacher seat that has not been claimed by the ticket holder 10 minutes before the Inaugural Parade is scheduled to pass the bleacher's block…

36 C.F.R. § 7.96(g) (emphasis added).

13. The 2008 regulatory amendment was issued in response to this Court's ruling in this case, ANSWER Coal., 537 F. Supp. 2d 183.

14. The A.N.S.W.E.R. Coalition challenges herein, as unconstitutional under the First Amendment, the provision in 36 C.F.R. § 7.96(g) that exempts the PIC from being subject to the generally applicable permitting regulations, governed by a "first-come first-served" system of priority, and permits the PIC to be permanently granted use of

Freedom Plaza and other designated areas for free speech and expressive activity under what the NPS calls "priority use" provisions.

15. With this exemption provision incorporated, the NPS permitting regulations discriminate on their face, and as applied, in favor of one private entity and permit applicant, the inaugural committee that politically and financially supports the incoming administration. In other words the permitting process itself is discriminatory.

16. Forged through decades of litigation, the elimination of discrimination has been at the core of the application of the First Amendment to the National Park Service's administration of its public space permitting authorities. See A Quaker Action Group v. Morton, 516 F.2d 717, 727 (D.C. Cir. 1975) ("[W]e wish to make clear to the Park Service that the premise of our holding is that the provisions of the permit system will be enforced uniformly and without discrimination."); Saffron v. Wilson, 481 F. Supp. 219, 240 (D.D.C. 1979) (characterizing Quaker Action IV as requiring that restrictions on access be imposed only "according to non-discriminatory, articulated standards.")

17. In addition, the regulatory exemption of the PIC from compliance with the generally applicable first-come first-served permit processing system violates the permanent injunction issued by this Court on March 20, 2008. ANSWER Coal., 537 F. Supp. 2d at 206 (ordering that "the National Park Service is enjoined from exempting itself and/or the Presidential Inaugural Committee from compliance with the generally applicable permitting regulations, 36 C.F.R. § 7.96(g), with respect to events relating to the Inauguration.")

18. The regulatory history makes clear that when the NPS issued regulations setting aside three-quarters of Lafayette Park and the whole of the White House sidewalk on Pennsylvania Avenue for the exclusive use of the Presidential Inaugural Committee in connection with Inaugural events - - a regulation which has never been tested by constitutional challenge - - the Secretary of the Interior did so explicitly in reliance on the fact that "other park areas in the White House area and elsewhere are left available for demonstration activities. Permits for use of the areas will be granted under the [NPS] regular demonstration permit system . . . will be granted on a first-come first-served basis." 45 Fed. Reg. 84,997-84,998 (Dec. 24, 1980).

19. Plaintiff, through this Supplemental Complaint, seeks nothing more than equal footing in the processing of permit applications for demonstration and expressive space along the Inaugural Parade route.

## COUNT IV[1]

20. Paragraphs 1 through 19 are incorporated by reference herein.

21. The enforcement of the PIC exemption provision, set forth at 36 C.F.R. § 7.96(g)(4)(iii)(B), constitutes identity-based, viewpoint-based and/or content-based discrimination in violation of the First Amendment to the U.S. Constitution and the Equal Protection Clause.

22. There is no compelling government purpose served by favoring those approved by the administration's Inaugural Committee and disfavoring those, such as Plaintiff, who are not so approved.

---

[1] Counts 1 through 3 are in the Amended Complaint. For ease of distinction the count in this Supplemental Pleading is numbered as 4.

6

23. The challenged favoritism and exemption is not a reasonable time place and manner restriction, as the essential requirement of such restrictions is that they be applied uniformly, even-handedly and without regard to applicant or applicant identity or support for views of the incoming administration, and without discrimination.

24. The exclusion of plaintiff from access to Freedom Plaza in favor of granting access through regulatory fiat to the PIC harms the plaintiff, including by denying access to this singular rally and assembly plaza along the inaugural parade route.

25. Without the relief requested herein, the ANSWER Coalition will suffer irreparable injury, including denial of access to this singular rally and assembly plaza along the inaugural parade route and an abridgment of First Amendment rights.

26. WHEREFORE, the ANSWER Coalition requests the following relief:

    a. Declaratory and permanent injunctive relief that the PIC exemption language at 36 C.F.R. § 7.96(g)(4)(iii)(B)(1) is unconstitutional and enjoined from operative effect; and directing the removal from the incorporated regulatory maps of those areas reserved and designated for the "PIC Bleacher Area."

    b. Reasonable attorneys fees and costs; and

    c. Any other relief in equity or law deemed appropriate by the Court.

February 10, 2012
Respectfully submitted,

_____
Carl Messineo (#450033)
cm@justiceonline.org
Mara Verheyden-Hilliard (#450031)
mvh@justiceonline.org
PARTNERSHIP FOR CIVIL JUSTICE FUND
617 Florida Ave. NW
Washington, DC 20001
(202) 232-1180
(202) 747-7747 fax

form to request permits for special events or demonstrations. A Federal Agency may not conduct or sponsor, and a person is not required to respond to a collection of information unless it displays a valid OMB control number. Confidentiality of this Information is protected under provisions of the Freedom of Information Act. Additional disclosures of the information may be to the United States Park Police and any other affected law enforcement agencies.

Public reporting for this collection of information is estimated to average 30 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Chief of Park Programs Division, National Park Service, National Capital Region, 900 Ohio Dr., S.W., Washington, D.C. 20024.

OMB CONTROL NUMBER: 1024-0021     EXPIRES: 02/28/2014

Attachment 1, Supplemental Pleading, ANSWER Coal. v. Salazar, Civ. Action No. 05-00071 (PLF)

## NATIONAL PARK SERVICE, NATIONAL CAPITAL REGION
## APPLICATION FOR A PERMIT TO CONDUCT A DEMONSTRATION OR SPECIAL EVENT IN PARK AREAS AND A WAIVER OF NUMERICAL LIMITATIONS ON DEMONSTRATIONS FOR WHITE HOUSE SIDEWALK AND/OR LAFAYETTE PARK

Dec. 7, 2011
*Date of this Application*

1. Individual and/or organization sponsor(s): __ANSWER Coalition__
(Act Now to Stop War & End Racism)

Address: P.O. Box 26039, Washington, D.C., 20001

Telephone Nos. (include area code): Day 202-904-7949  Evening 202-904-7949

Email: brian@answercoalition.org  Fax: 202-280-1022  Website: AnswerCoalition.org

2. This is an application for a permit to conduct a DEMONSTRATION ✓
SPECIAL EVENT _____. (For definitions, see instruction page.)

3. This is an application for a WAIVER OF THE NUMERICAL LIMITATIONS on certain demonstrations. YES ____ NO ✓ (A waiver is required if it is expected that a demonstration on the White House Sidewalk* will include more than 750 participants or that a demonstration in Lafayette Park will include more than 3,000 participants.

4. Date(s) of proposed activity: From 12/07/2012 To 2/10/2013
   Month/Day/Year   Month/Day/Year

Time: Begin: 12:00 a.m. (a.m.)(p.m.)  Terminate: 11:59 p.m. (a.m.)(p.m.)

5. Location(s) of proposed activity. (Include assembly and dispersal areas.)
Freedom Plaza, sidewalks adjacent to Freedom Plaza

6. Purpose of proposed activity: Demonstration - Speak Out: America's Unemployed Demand Jobs and Justice

7. Estimated maximum number of participants. (If more than one park area is to be used, list numbers separately for each area.) 10,000 (estimate)

*(The "White House Sidewalk" is the sidewalk between East and West Executive Avenues, on the south side of Pennsylvania Avenue, NW.)

Will cleanup people be provided for the area: ✓ YES ____ NO. How will they be identified? Armbands

8. Person(s) in charge of activity. (One person must be listed as in charge of the activity. If different individuals are to be in charge of various activities at different locations, each must be listed.)

Person in charge: Brian Becker

Address: P.O. Box 26039, Washington, D.C., 20001

Telephone Nos. (Include area code): Day 202-904-7949     Evening 202-904-7949

9. Plans for proposed activity. (Include a list of all principal speakers and the complete time schedule for the activity. Include proposed route of any march or parade, and plans for the orderly termination and dispersal of the proposed activity which might affect the regular flow of city traffic.)

Demonstration, Rally, Speak Out, Art Installation in Freedom Plaza along the route of the

2013 Presidential Inaugural Route

10. (a) List all props, stages, sound equipment, and other items to be provided by applicant/sponsor. (Include approximately number and size(s) of supports, standards, and handles; necessary medical/sanitary facilities and other similar items.)

Signs, placards, banners, stage, sound, bleachers, art installation, props, canopies, other facilitative materials

(b) If boxes, crates, coffins, or similar items will be used, state whether they are to be carried opened or closed, their proposed size, the materials constructed from, and their proposed contents and use.

11. (a) Do you have any reason to believe or any information indicating that any individual, group, or organization might seek to disrupt the activity for which this application is submitted? ____ Yes ✓ NO

(b) If "YES," list each such individual, group, or organization, with all information as to each, including address and telephone numbers.

12. *MARSHALS*: (a) Will applicant/sponsor furnish marshals? (Required for waivers of numerical limitations and for demonstration activities held simultaneously on White House Sidewalk and Lafayette Park.) ✓ YES ____ NO. If "YES," how many marshals will be furnished? 100

(b) Person(s) responsible for supervision of marshals (for each location):

*Location(s):* All

*Name(s):* Brian Becker

*Address(es):* P.O. Box 26039, Washington, D.C., 20001

*Telephone Nos.: Day:* 202-904-7949  *Evening:* 202-904-7949

(c) *List the functions the marshals are expected to perform:* maintain order

---

**QUESTIONS 14, 15 AND 16 MUST BE ANSWERED IF THIS IS AN APPLICATION FOR A WAIVER OF NUMERICAL LIMITATIONS. IF THIS IS NOT AN APPLICATION FOR A WAIVER, DO NOT ANSWER THESE QUESTIONS.**

13. *What communications equipment will be provided to the marshals? (Include the number of walkie-talkies, CB radios, bullhorns, public address systems, flashlights, etc.)*

14. *How will the marshals be identified?*

15. *State specifically the plans for ingress and egress of the participants to and from Lafayette Park including proposed sites for loading and unloading of buses, automobiles, or other forms of transportation which the participants are expected to use (supply chart if necessary).*

---

**APPLICATION IS NOT VALID UNLESS SIGNED**

Nat'l Coordinator, ANSWER Coalition           *[signature: Brian Becker]*

*Position of person filing application*        *Signature of person filing application*

Brian Becker                                   P.O. Box 26039, Washington, D.C., 20001

*Typed or printed name of person Filing application*    *Address of person filing application*

*Telephone Nos. of person filing application (include area code):*

*Day:* 202-904-7949    *Evening:* 202-904-7949



# United States Department of the Interior

NATIONAL PARK SERVICE
National Capital Region
1100 Ohio Drive, S.W.
Washington, D.C. 20242

Attachment 2, Supplemental Pleading, ANSWER Coal. v. Salazar, Civ. Action No. 05-00071 (PLF)

IN REPLY REFER TO:

JAN -4 2012

By Facsimile: 202-280-1022

Brian Becker
National Coordinator
ANSWER Coalition
P.O. Box 26039
Washington, D.C. 20001

Dear Mr. Becker:

This responds to your letter dated December 16, 2011, regarding the status of the ANSWER Coalition's application filed on December 7, 2011, requesting a permit for the entire Freedom Plaza for December 7, 2012 through February 10, 2013, where you propose to have thousands of people demonstrate "[b]efore, during and after the 2013 Inaugural Parade."

To begin with, insofar as you had waited outside the National Park Service (NPS), National Mall and Memorial Parks Division of Permits Management office since 5:30 am on December 7, 2011, so that you would be the first to file, this confirms that your application was the first received that date, that it was time and date stamped on December 7, 2011 at 8:00 am, and that it was given Application Number 12-383. Consistent with NPS regulations, please be advised that the NPS also filed an application for designated portions of Freedom Plaza and other park areas for December 7, 2012 through February 10, 2013, on behalf of the Presidential Inaugural Committee (PIC) and pursuant to the Presidential Inaugural Ceremonies Act 36 U.S.C. §§ 501-511, in the Division of Permit Management on December 7, 2011 at 8:01 am, and that it was given Application Number 12-384.

As you know, however, pursuant to the NPS regulations found at 36 CFR 7.96, the NPS has a regulatory priority from December 7 through February 10 for certain designated areas at Freedom Plaza relating to the Inaugural Parade. The NPS regulatory designated areas on Freedom Plaza are for the Armed Forces Inaugural Committee Parade (AFIC) Control Area (used to coordinate the Inaugural Parade), PIC bleacher areas, PIC media area (where a multi-storied structure is constructed, so that the news media can broadcast the parade from the Capitol, to a national and world-wide television and radio audience), portable toilets (available to the public), as well on the south sidewalk for members of the public with disabilities.

The legal and factual basis of the NPS regulatory priority for the Presidential Inaugural Ceremonies as a NPS "national celebration event," and the regulatory maps that designated portions of Freedom Plaza, is fully detailed in the extensive rulemaking found at 73 Federal Register 46215 (August 8, 2008) (Proposed), 73 Federal Register 67739 (November 17, 2008)(Final), 75 Federal Register 8806 (February 10, 2010)(Correction), which is incorporated by reference. Enclosed, for your information and ready reference, is a copy of 73 Federal Register 46227 (Proposed)(2008) and 73 Federal Register 67748 (Final)(2008) of the map of Freedom Plaza depicting the regulatory designated areas.

The NPS regulatory priority for designated portions of Freedom Plaza stems from the set-up and take-down that is necessary for the assorted Inaugural-related structures for the AFIC, PIC from December 7,

2012 through February 10, 2013, which includes their use on January 21, 2013, the date of the 2013 Inaugural Parade. If AFIC and PIC determine that their set-up or take-down does not actually necessitate the entire areas designated, then the unused areas can be made available for the use of the ANSWER Coalition.

Based on past Inaugural set-ups and take-downs, we also anticipate that AFIC and PIC load-in and take-out will occur from the north and east sides of Freedom Plaza. This allows ANSWER Coalition the use of the Freedom Plaza's south sidewalk from December 7, 2012 through February 10, 2013, except for Inauguration Day when the sidewalk is designated for members of the public with disabilities.

Please be advised that the western portion of Freedom Plaza is not part of either the NPS regulatory priority or the NPS application, and is thus available to ANSWER Coalition from December 7, 2012 through February 10, 2013, including Inauguration Day. The western portion of Freedom Plaza is approximately 160 feet long with its 35 feet wide fronting Pennsylvania Avenue. This is the same area that ANSWER Coalition used under Permit 05-1A for the 2005 Inauguration and that the International Action Center used under Permit 01-0389 for the 2001 Inauguration.

Pursuant to your request, we are available to discuss ANSWER Coalition's proposed logistics and arrangements for the areas of Freedom Plaza that we have identified as available. Based upon the NPS regulatory priority and its application, and assuming that PIC wants these areas, it would be the NPS's intention to revoke ANSWER Coalition's "deemed granted" application for the use of all of Freedom Plaza with three exceptions that we have earlier explained. Authority for this revocation would be based upon 36 CFR 7.96(g)(4)(iii)(B)(D), (vii)(A)(D).

First, the NPS is prepared to issue you a permit for the western portion of Freedom Plaza from December 7, 2012 through February 10, 2013, including Inauguration Day. Second, the NPS is prepared to issue you a permit for Freedom Plaza's south sidewalk from December 7, 2012 through February 10, 2013, other than for Inauguration Day when the sidewalk is designated for members of the public with disabilities. Third, the NPS is prepared to issue you a permit for those NPS regulatory designated portions of Freedom Plaza that AFIC or PIC determine are not necessary for their set-up and take-down for their Inaugural-related structures for December 7, 2012 through February 10, 2013. You may also want to file an application for the currently-available John Marshall Park, which is one of the largest parks along the Inaugural parade route at 446 feet by 250 feet wide, and which was used by the ANSWER Coalition for the 2005 Inauguration.

In the alternative, you may want to wait until after the November 7, 2012 election, when the PIC has been selected by the President-elect. If you can wait until then, while the NPS anticipates that the areas set aside for the public with disabilities, AFIC parade control and the PIC media area will be used, the NPS can seek expedited consideration whether PIC would want to retain the area set aside for their bleachers in Freedom Plaza. If PIC decides not to use the area regulatory set aside for their bleachers in Freedom Plaza, then the bleacher area will be available to the ANSWER Coalition's activities.

Sincerely,

Robbin Owen
Division of Permits Management

Enclosure: 73 Federal Register 46227 (Proposed)(2008) and 73 Federal Register 67748 (Final)(2008)



