UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| A.N.S.W.E.R. COALITION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-0071 (PLF) |
| | ) | |
| SALLY JEWELL, | ) | |
| Secretary of the Interior, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

SCHEDULING ORDER

The parties have filed a joint report regarding the schedule for briefing of dispositive motions in this matter.  See Dkt. No. 169.  Based upon the representations of counsel in that report and at the status conference held on June 25, 2013, it is hereby ORDERED that

1.  Defendant National Park Service shall file its dispositive motion concerning plaintiff's claims related to the National Park Service's regulations governing access to public space in conjunction with the inauguration on or before July 29, 2013.

2.  Plaintiff shall file its opposition/cross motion concerning plaintiff's claims related to the National Park Service's regulations on or before September 30, 2013.

3.  Defendant Secret Service shall file its dispositive motion concerning plaintiff's claims related to the prohibition on support for signs on or before September 30, 2013.

4.  Plaintiff shall file its opposition/cross motion concerning plaintiff's claims related to the prohibition on support for signs on or before October 25, 2013.

      5.      Defendant National Park Service shall file its reply/opposition to plaintiff's opposition/cross motion concerning plaintiff's claims related to the National Park Service's regulations on or before October 25, 2013.

      6.      Plaintiff shall file its reply in support of its cross motion concerning plaintiff's claims related to the National Park Service's regulations on or before November 21, 2013.

      7.      Defendant Secret Service shall file its reply/opposition to plaintiff's opposition/cross motion concerning plaintiff's claims related to the prohibition on support for signs on or before November 21, 2013.

      8.      Plaintiff shall file its reply in support of its cross motion concerning plaintiff's claims related to the prohibition on support for signs on or before December 20, 2013.

      9.      Oral argument on the dispositive motions will be set by order of this Court at a later date.

      SO ORDERED.

/s/_____
EMMET G. SULLIVAN for
PAUL L. FRIEDMAN
United States District Judge

DATE: July 19, 2013