UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| A.N.S.W.E.R. COALITION, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-0071 (PLF) |
| SALLY JEWELL, Secretary,<br>United States Department of the Interior, et al., | ) |
| Defendants.[1] | ) |

ORDER

For the reasons stated in the accompanying Opinion issued this same day, it is hereby

ORDERED that defendant Sally Jewell's motion for summary judgment on Counts III and IV [Dkt. No. 174] is GRANTED; it is

FURTHER ORDERED that judgment is entered for defendants Sally Jewell and Jonathan Jarvis on Counts III and IV; it is

FURTHER ORDERED that defendant Sally Jewell's motion to dismiss Count I [Dkt. No. 174] is DENIED; it is

---

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, the Court substitutes as defendants the current Secretary of the Interior, Sally Jewell, for former Secretary Ken Salazar, the current Director of the National Park Service, Jonathan Jarvis, for former Director Fran Mainella, the current Director of the Secret Service, Joseph Clancy, for former Director Mark Sullivan, and the current Secretary of Homeland Security, Jeh Johnson, for former Acting Secretary Rand Beers.

FURTHER ORDERED that defendant Jeh Johnson's motion for summary judgment on Count II [Dkt. No. 181] is GRANTED; it is

FURTHER ORDERED that judgment is entered for defendants Jeh Johnson and Joseph Clancy on Count II; it is

FURTHER ORDERED that plaintiff ANSWER's cross-motion for summary judgment on Counts III and IV [Dkt. Nos. 183 and 184] and its cross-motion for summary judgment on Count II [Dkt. Nos. 204 and 205] are DENIED; it is

FURTHER ORDERED that plaintiff's motion to strike [Dkt. No. 182] is GRANTED; and it is

FURTHER ORDERED that the Clerk of Court shall remove this case from the docket of this Court.  This is a final appealable order.  See FED. R. APP. P. 4(a).[2]

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
DATE:  January 28, 2016                                United States District Judge

---

[2]      Judgment has previously been entered for plaintiff on Count I.  See Order of March 20, 2008 [Dkt. No. 59].